[No. 32429-2-I. Division One. September 12, 1994.]

*In the Matter of the Welfare of* K.A.

HARRY AYERST, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-7-00147-7, Paul D. Hansen, J., entered February 16, 1993. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 30539-5-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC ROBERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-03799-6, LeRoy McCullough, J., entered April 15, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31461-1-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VUONG THANH TRA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-01278-4, J. Kathleen Learned, J., entered October 6, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 32895-6-I. Division One. September 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD VANZUIDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-00980-8, David F. Hulbert, J., entered June 9, 1993. *Affirmed* by unpublished per curiam opinion.